IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Wendy C. H. Wellin, on behalf of the Estate of Keith S. Wellin as its duly appointed Special Administrator,<br><br>       Plaintiff,<br><br>vs.<br><br>Thomas M. Farace, Esq., individually and as agent for Nixon Peabody, LLP and Nixon Peabody, LLP<br><br>       Defendants. | Civil Action No. 2:16-cv-00414-DCN<br><br><br><br>**THIRD AMENDED CONFERENCE AND SCHEDULING ORDER** |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules, the Court amends the existing conference and scheduling order in this case (ECF No. 40) as follows:

1. Additonal Dispositive Motion Briefing: All dispositive motions and supporting submissions shall be filed on or before **April 22, 2022**.

    a. Response date: **May 23, 2022**
    b. Reply date: **June 7, 2022**

2. Outstanding Discovery: Plaintiff's production of legal invoices shall be completed no later than **June 1, 2022**. Any depositions, including any depositions of expert witnesses related to updated reports or the legal invoices, shall be taken before **September 30, 2022**.

3. Motions in Limine (including motions to exclude expert testimony, commonly known as "Daubert motions") shall be filed by **October 10, 2022**.

4. Trial: This case will go to trial no earlier than the term of court beginning **October 31, 2022**.

AND IT IS SO ORDERED.

_____
David C. Norton
United States District Judge

April 13, 2022
Charleston, South Carolina