# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Wendy C.H. Wellin, on behalf of the Estate of Keith S. Wellin as its duly appointed Special Administrator,<br><br>    Plaintiff,<br><br>    -vs-<br><br>Thomas M. Farace, Esq., individually and as agent for Nixon Peabody, LLP; and Nixon Peabody, LLP,<br><br>    Defendants. | C/A No.: 2:16-cv-0414 DCN<br><br><br><br>**ORDER** |

This matter is before the court upon defendants' motion for an extension of time to file supplemental briefing as requested by the court. This motion was filed on October 28, 2022. The court is informed that plaintiff consents to this motion. It is therefore

**ORDERED,** that the motion is **GRANTED.** Defendants shall have until November 1, 2022 to file their supplemental briefing.

**AND IT IS SO ORDERED.**

                             David C. Norton
                             United States District Judge

October 31, 2022
Charleston, South Carolina