**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| Wendy C.H. Wellin, on behalf of the Estate of Keith S. Wellin as its duly appointed Special Administrator, | ) ) ) ) | C/A No.: 2:16-cv-0414 DCN |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| Thomas M. Farace, Esq., individually and as agent for Nixon Peabody, LLP and Nixon Peabody, LLP, | ) ) ) ) | |
| Defendants. | ) ) | |

Please take notice that **JURY SELECTION** has been scheduled for **THURSDAY, JUNE 1, 2023 AT 9:30 AM**, in Courtroom III, Meeting Street at Broad Street, Charleston, South Carolina for the above-referenced case. Trial for this case shall commence on **MONDAY, JUNE 5, 2023 AT 9:00 AM.**

### INSTRUCTIONS FOR JURY SELECTION

•   Pursuant to Local Rule 47.02, attorneys and parties must comply with the following procedure for inspecting juror questionnaires. Juror questionnaires will be available to counsel of record through CM/ECF seven (7) days prior to jury selection.  To obtain access to the jury list and juror questionnaires:  COMPLETE and FILE the Juror Questionnaire Request Form (located on the court's website). The information contained within these documents shall be used solely for evaluating potential jurors for jury service and is not to be used or distributed for any other purpose. Any person wanting to obtain this information for any other purpose must petition the court for hearing. If you

have any questions about this procedure, please call Caitlin Williams, Jury Administrator, at (803) 253-3382.

- All requests for voir dire shall be submitted to the Court at least three (3) days prior to jury selection.

- Attorneys are required to confer and submit a joint list of potential strikes for cause using the attached Strikes for Cause form.  This form must be submitted to the Clerk's Office by **TUESDAY, MAY 30, 2023 AT 9:00 AM.**  Failure to submit a completed Strikes for Cause form will result in waiver of all strikes for cause.

## JURY TRIAL INSTRUCTIONS

- Five days prior to the date the trial is scheduled to commence, pre-trial briefs (Local Civil Rule 83.V.03) shall be submitted directly to Judge Norton's chambers.

- Please take notice that attorneys for each side shall meet at least five (5) business days prior to trial for the purpose of agreeing and marking all exhibits to be used at trial and, where possible, agreeing on the admissibility of all trial exhibits.

- By direction of the Court, the following forms are considered attachments to this calendar.  Please access this information through our website, www.scd.uscourts.gov:

  **Order to Conduct Mediation** (Mediation must be completed one week prior to jury selection) - Click on Forms > Mediation

  **Mediation Initiation Form** - Click on Forms > Mediation

  **Juror Questionnaire Request Form** - Click on Forms > Jury

Copies of these attachments are also available in the Charleston Clerk's Office.  Should you have difficulty accessing this information, if any cases are settled, or if you have any

questions concerning this calendar, please contact Heather Cornwell in the Charleston Clerk's

Office at (843) 579-1408 or Catina Caulder in the Charleston Clerk's Office at (843)

579-2649.


February 23, 2023                                    BY DIRECTION OF THE COURT:


                                                     ROBIN L. BLUME, CLERK
                                                     UNITED STATES DISTRICT COURT

United States District Court for the District of South Carolina
The Honorable David C. Norton
United States District Judge
**Strikes for Cause**
(Based on Responses to Court's Questionnaires)

Case Name: _____     Case Number: _____

| Juror # | Juror Name | Question # at Issue | Concern (if not self evident) | Parties Agree | Opposed By |
|---|---|---|---|---|---|
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |

Attorneys **must confer** and use this form to
**submit a joint list** of potential strikes for cause.

_____
Attorney for Plaintiff/Defendant

Date: _____