UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Wendy C. H. Wellin, on behalf of the Estate of Keith S. Wellin as its duly appointed Special Administrator,<br><br>Plaintiff,<br><br>vs.<br><br>Thomas M. Farace, Esq., individually and as agent for Nixon Peabody, LLP and Nixon Peabody, LLP,<br><br>Defendants. | C/A No.: 2:16-cv-00414-DCN<br><br>**PLAINTIFF'S MOTION FOR EXTENSION OF TIME** |

Pursuant to Rule 6(b), Fed. R. Civ. P., and Local Civil Rules 6.01 and 7.02, Wendy C. H. Wellin on behalf of the Estate of Keith S. Wellin as Special Administrator of the Estate of Keith S. Wellin (the "Estate") files this motion seeking to extend the deadline to file a response to Defendants' *Daubert* Motion in Limine to Exclude Reports, Opinions, and Testimony of Dr. Edgar J. Weiss (ECF No. 285) for an additional seven days to April 12, 2023.

In support thereof, Plaintiff states that the parties have been conducting settlement negotiations in an attempt to resolve this case finally and completely.

The current deadline for Plaintiff to respond is April 5, 2023. This deadline has not previously been extended and will not affect other case deadlines.

Plaintiff is seeking this extension so that the parties may continue their settlement negotiations and so that Plaintiff will have time to draft a response to Defendants' motion if those negotiations are unsuccessful. The need for additional time is not due to a lack of diligence.

Counsel for Plaintiff has conferred with counsel for Defendants, and Defendants consent to the requested extension.

                                        Respectfully submitted,

|  |  |
|---|---|
| Dated: April 4, 2023<br>Sullivan's Island, South Carolina | s/ Badge Humphries<br>Badge Humphries (D.S.C. No. 9550)<br>GRIFFIN HUMPHRIES LLC<br>2113 Middle Street, Suite 305<br>Sullivan's Island, SC 29482<br>Telephone: (843) 883-7444<br>Facsimile: (843) 883-7462<br>bhumphries@griffinhumphries.com<br><br>James M. Griffin (D.S.C. Bar No. 1053)<br>GRIFFIN HUMPHRIES LLC<br>4408 Forest Drive, Suite 300<br>Columbia, South Carolina 29206<br>Telephone: (803) 744-0800<br>Facsimile: (803) 744-0805<br>jgriffin@griffinhumphries.com<br><br>*Attorneys for Plaintiff* |