UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Wendy C. H. Wellin, on behalf of the Estate of Keith S. Wellin as its duly appointed Special Administrator, </br></br> Plaintiff, </br></br> vs. </br></br> Thomas M. Farace, Esq., individually and as agent for Nixon Peabody, LLP and Nixon Peabody, LLP, </br></br> Defendants. | C/A No.: 2:16-cv-00414-DCN </br></br> **ORDER GRANTING EXTENSION OF TIME** |

This matter is before the Court upon Plaintiff's motion for an extension of time to file a response to Defendants' *Daubert* Motion in Limine to Exclude Reports, Opinions, and Testimony of William O. Higgins (ECF No. 287) for an additional seven days to April 13, 2023. This motion was filed on April 4, 2023. The Court is informed that Defendants consent to this motion.

**IT IS THEREFORE ORDERED** that the motion is **GRANTED**. Plaintiff shall have until April 13, 2023 to file a response to Defendants' *Daubert* Motion in Limine to Exclude Reports, Opinions, and Testimony of William O. Higgins.

**AND IT IS SO ORDERED.**

David C. Norton
United States District Judge

April 6, 2023
Charleston, South Carolina