# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Wendy C.H. Wellin, on behalf of the Estate Special Administrator, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Thomas M. Farace, Esq., individually and )<br>as agent for Nixon Peabody, LLP; and )<br>Nixon Peabody, LLP, )<br>)<br>Defendants. )<br>) | C/A No.: 2:16-cv-0414 DCN<br><br>**ORDER OF DISMISSAL** |

The court having been advised by counsel for the parties that the above action has been settled[1],

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice. If settlement is not consummated within sixty (60) days, either party may petition the Court to reopen this action and restore it to the calendar. Rule 60(b)(6), F.R.Civ.P. In the alternative, to the extent permitted by law, either party may within sixty (60) days petition the Court to enforce the settlement. <u>Fairfax Countywide Citizens v. Fairfax County</u>, 571 F.2d 1299 (4th Cir. 1978).

    **AND IT IS SO ORDERED.**

April 21, 2023　　　　　　　　　　　　　　David C. Norton
Charleston, South Carolina　　　　　　　United States District Judge

---

[1] The court is advised that this is the last federal case in which Mr. Stepp will appear, and wishes to thank him for this "going away present."